# Exhibit A

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Debtor Transferor: Bayou Steel BD Holdings, L.L.C. | | | | | | | |
| 2 | Preference Period Transfers | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | Vendor Name | Transfer Date | Check Number | Transfer Type | Transfer Amount | Invoice Number | Invoice Date | Associated Invoice Amount |
| 6 | PITTSBURGH LOGISTICS SYSTEMS, INC. dba PLS LOGISTICS SERVICES | 7/24/2019 | 2000096099 | Wire | $ 20,415.37 | 5100589216 | 3/26/2019 | $ 749.28 |
| 7 | | | | | | 5100589217 | 3/26/2019 | $ 749.28 |
| 8 | | | | | | 5100589491 | 3/27/2019 | $ 2,060.16 |
| 9 | | | | | | 5100589492 | 3/27/2019 | $ 749.29 |
| 10 | | | | | | 5100589493 | 3/27/2019 | $ 2,060.14 |
| 11 | | | | | | 5100589745 | 3/28/2019 | $ 749.27 |
| 12 | | | | | | 5100590572 | 4/2/2019 | $ 749.29 |
| 13 | | | | | | 5100591242 | 4/4/2019 | $ 749.28 |
| 14 | | | | | | 5100591426 | 4/5/2019 | $ 2,060.16 |
| 15 | | | | | | 5100591582 | 4/8/2019 | $ 2,060.16 |
| 16 | | | | | | 5100591583 | 4/8/2019 | $ 2,060.15 |
| 17 | | | | | | 5100592442 | 4/10/2019 | $ 749.28 |
| 18 | | | | | | 5100594158 | 4/17/2019 | $ 2,060.18 |
| 19 | | | | | | 5100594159 | 4/17/2019 | $ 2,060.16 |
| 20 | | | | | | 5100594420 | 4/18/2019 | $ 749.29 |
| 21 | | | | | | | | $ 20,415.37 |
| 22 | | | | | | | | |
| 23 | PITTSBURGH LOGISTICS SYSTEMS, INC. dba PLS LOGISTICS SERVICES | 8/16/2019 | 2000096675 | Wire | $ 25,645.77 | 5100594662 | 4/22/2019 | $ 2,060.16 |
| 24 | | | | | | 5100594987 | 4/23/2019 | $ 750.95 |
| 25 | | | | | | 5100595496 | 4/25/2019 | $ 2,064.80 |
| 26 | | | | | | 5100595695 | 4/26/2019 | $ 2,064.80 |
| 27 | | | | | | 5100596209 | 4/30/2019 | $ 2,064.80 |
| 28 | | | | | | 5100596843 | 5/3/2019 | $ 750.97 |
| 29 | | | | | | 5100597039 | 5/6/2019 | $ 750.97 |
| 30 | | | | | | 5100597556 | 5/7/2019 | $ 2,069.43 |
| 31 | | | | | | 5100599302 | 5/15/2019 | $ 752.63 |
| 32 | | | | | | 5100599545 | 5/16/2019 | $ 1,216.44 |
| 33 | | | | | | 5100600629 | 5/22/2019 | $ 2,069.40 |
| 34 | | | | | | 5100600630 | 5/22/2019 | $ 752.65 |
| 35 | | | | | | 5100601033 | 5/24/2019 | $ 2,069.46 |
| 36 | | | | | | 5100601034 | 5/24/2019 | $ 2,069.43 |
| 37 | | | | | | 5100601292 | 5/27/2019 | $ 2,069.44 |
| 38 | | | | | | 5100601720 | 5/29/2019 | $ 2,069.44 |
| 39 | | | | | | | | $ 25,645.77 |
| 40 | | | | | | | | |
| 41 | | | | | $ 46,061.14 | | | $ 46,061.14 |