# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 19−12153−KBO |
| Bayou Steel BD Holdings, L.L.C. ) | Bankruptcy Chapter: 7 |
|    Debtor ) | |
| _____ ) | |
| George L. Miller ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.: 21−50217−KBO |
|    vs. ) | |
| Pittsburgh Logistics Systems, Inc. ) | |
|    Defendant ) | |

## SPECIAL ORDER APPOINTING MEDIATOR

    Pursuant to **the Order Approving Stipulation Regarding Appointment of Mediator** , George L. Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), it is hereby
    **ORDERED** that this matter is scheduled for mediation consistent with the terms stipulated to by the parties in the Order Approving Stipulation Regarding Appointment of Mediator ; and it is further
    **ORDERED** that the costs of the mediation shall be paid as indicated in the Order Approving Stipulation Regarding Appointment of Mediator ; and it is further
    **ORDERED** that Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; and it is further
    **ORDERED** that to the extent they are not waived by or modified by the terms of the Order Approving Stipulation Regarding Appointment of Mediator , this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
    **ORDERED** that all deadlines as defined in the Order Approving Stipulation Regarding Appointment of Mediator entered shall apply.

Date: 8/18/21

Karen B. Owens
Bankruptcy Judge

(VAN−486)