IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| Bayou Steel BD Holding, L.L.C. | : | Case No.: 19-12153-KBO |
| Debtor. | : | |
| George L. Miller | : | **MEDIATION STATUS REPORT** |
| Plaintiff, | : | |
| v. | : | |
| Pittsburg Logistics Systems, Inc. | : | Adv. Proc. No.: 21-50217-KBO |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

   **X**    Mediation sessions are scheduled to occur on <u>4/5/2022</u>.

           A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

           OTHER:

Dated: <u>March 16, 2022</u>        Mediator

                                   */s/ Ian Connor Bifferato*
                                   Ian Connor Bifferato (DE #3273)
                                   The Bifferato Firm P.A.
                                   1007 N. Orange Street, 4th Floor
                                   Wilmington, DE  19801
                                   Tel. (302) 225-7600
                                   E-mail: cbifferato@tbf.legal