IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Bayou Steel BD Holding, L.L.C. | Case No.: 19-12153-KBO |
| Debtor. | |
| George L. Miller | **MEDIATION STATUS REPORT** |
| Plaintiff, | |
| v. | |
| Pittsburg Logistics Systems, Inc. | Adv. Proc. No.: 21-50217-KBO |
| Defendant. | |

    In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    _____    Mediation is scheduled to occur on_____.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    __X__    OTHER: The above captioned adversary proceeding appears to be resolved. We will file a final mediation report upon confirmation that a settlement agreement has been executed by the parties.

Dated: May 16, 2022        Mediator

                                  _/s/ Ian Connor Bifferato_
                                  Ian Connor Bifferato (DE #3273)
                                  The Bifferato Firm P.A.
                                  1007 N. Orange Street, 4th Floor
                                  Wilmington, DE  19801
                                  Tel. (302) 225-7600
                                  E-mail: cbifferato@tbf.legal